UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPIRIT MASTER FUNDING, LLC,

    Plaintiff,

v.

MURRAY D. WIKOL,

    Defendant,

and

PROVISIONS, LLC, and LEADERSHIP LLC,

    Garnishee Defendants.
_____/

CASE NO. 1:11-MC-66

HON. ROBERT J. JONKER

### ORDER OF ALTERNATE SERVICE
### ON DEFENDANT MURRAY D. WIKOL

    This matter is before the Court on Plaintiff's Motion for Alternate Service on the Garnishee Defendants (docket # 33). Defendant has filed a response (docket # 35). The Court finds good cause for alternate service, and **GRANTS** the motion to that extent. The Court is, however, providing a different manner of alternate service in this case, and **DENIES** the Motion to the extent it seeks relief inconsistent with this order.

    Accordingly, and for good cause established on the record and without objections from any party that has appeared in the action, **IT IS ORDERED**:

    1.    Plaintiff shall mail a copy of the Writs for Periodic Garnishment and this Order to the Garnishee Defendants, with are Michigan LLCs for which Defendant is the resident agent as follows:

ProVisions, LLC, at 3890 Oakland Drive, Bloomfield Hills, MI  48301, and Leedership, LLC, at 32500 Telegraph Road, Suite 209, Bingham Farms, MI  48205.

2.	Plaintiff shall also mail a courtesy copy of the Writs for Periodic Garnishment and this Order to Defendant Wikol's counsel in this action, David Plunkett, at the address provided in Plaintiff's motion.

3.	Plaintiff shall also publish a copy of this Order in a newspaper of general circulation in Oakland County, Michigan, at least once a week for two consecutive weeks.

4.	Plaintiff shall file a proof of service evidencing compliance with §§ 2-4 of this Order. Service on a Garnishee Defendant shall be deemed complete on the earlier of the date on which the Garnishee Defendant actually receives a copy of the Writs for Periodic Garnishment, or the date on which Plaintiff certifies compliance with all the obligations of §§ 2-4 of this Order.

**IT IS SO ORDERED.**


Dated:	March 13, 2012	/s/ Robert J. Jonker
	ROBERT J. JONKER
	UNITED STATES DISTRICT JUDGE