UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPIRIT MASTER FUNDING, LLC,

       Plaintiff,                              Case No. 1:11-mc-66

v.                                              Hon. Robert J. Jonker

MURRAY D. WIKOL,

       Defendant.
_____/

**ORDER GRANTING MOTION TO COMPEL PRODUCTION OF
DOCUMENTS IN ADVANCE OF JUDGMENT DEBTOR'S EXAMINATION**

        Pending before the court is a motion filed by the plaintiff to obtain certain documents in anticipation of a debtor's examination to be held March 29, 2012 (docket no. 34). For the reasons more fully stated on the record at the hearing held this date, the defendant shall produce prior to the deposition all documents to which no objection has been made, and to those documents objected to in Request Nos. 10, 13, 14, 19 and 21, defendant shall produce those documents ordered by the court this date. To the extent possible, defendant shall provide these documents as far in advance of the examination as possible, but no later than the commencement of the examination itself. To the extent defendant does not have or cannot locate documents requested for this examination, he should file an affidavit prior to the examination attesting to his good-faith efforts to locate such documents. Defendant's cooperation in this regard may alleviate the necessity for a second debtor's examination.

        **IT IS SO ORDERED.**

        No costs.

Dated: March 21, 2012                           /s/ Hugh W. Brenneman, Jr.
                                                     HUGH W. BRENNEMAN, JR.
                                                     United States Magistrate Judge